# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

| | |
|---|---|
| Patricia Brooks Bennett,<br><br>      Plaintiff,<br><br>  v.<br><br>Magellan Behavioral Helath Inc.,<br><br>      Defendant(s). | SACV 17-01783 JVS (KESx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: December 17, 2018

                                          James V. Selna
                                    United States District Judge